**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sergio ZAVALA–CERVANTEZ,**
**Defendant–Appellant.**

**No. 08–30041.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 11, 2010.

James P. Hagarty, Assistant U.S., USYA–Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Gregory Lee Scott, Gregory Scott Law Office, Yakima, WA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Sergio Zavala–Cervantez appeals from the 143–month sentence imposed following his guilty-plea conviction for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Zavala–Cervantez contends that he received ineffective assistance of counsel at

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

sentencing because his trial counsel failed to advocate for a 90-month sentence, despite having negotiated the right to argue for such a sentence in his plea agreement. We will not address this claim on direct appeal because it is not one of "the unusual cases[ ] (1) where the record on appeal is sufficiently developed to permit determination of the issue, or (2) where the legal representation is so inadequate that it obviously denies a defendant his Sixth Amendment right to counsel." *United States v. Jeronimo*, 398 F.3d 1149, 1155–56 (9th Cir.2005); *see also United States v. Benford*, 574 F.3d 1228, 1231 (9th Cir. 2009).

**AFFIRMED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.